UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | 2:23-cv-09718-ODW (PVCx) | Date | August 6, 2025 |
|---|---|---|---|
| Title | *Alfredo Mena v. Renewal By Andersen LLC et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**             **In Chambers**

    On January 22, 2024, the Court granted the parties' joint stipulation to submit to arbitration and stay this action. (Order Granting Stip., ECF No. 13.) The Court ordered the parties to file joint status reports regarding the status of the arbitration. (*Id.*) The parties have not filed the most recent status report, which was due on August 4, 2025. Accordingly, the Court **ORDERS** the parties **TO SHOW CAUSE**, in writing only, why the Court should not dismiss this case or sanction the parties for failure to comply with this Court's orders. The Court will also consider the filing of a status report as an appropriate response to this order. No hearing will be held. The parties shall respond to this order **within seven (7) days**. Failure to timely and adequately comply with this order may result in dismissal of this action or other sanctions without further notice. This is the second time the parties' have failed to timely file a status report. (*See* Order Show Cause, ECF 18.) The Court warns the parties that any further failure to honor deadlines may result in dismissal of this action.

                                                                                                                   :   00

                                                  Initials of Preparer    SE